IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROHAN BROOKS                                                              PLAINTIFF

v.                              No. 4:24-cv-218-DPM

BRANDON BOYD and
ONE GONE TRANSPORT, LLC                                          DEFENDANTS

ROGER WAYNE WILLIAMS                                              PLAINTIFF

v.                              No. 4:25-cv-163-DPM

BRANDON DEJEAN BOYD and
TIME DISPATCH SERVICES
AGENT GROUP, INC.                                                      DEFENDANTS

## ORDER

Unopposed motions, *Doc. 11 & Doc. 12*, granted. Cases consolidated. Fed. R. Civ. P. 42(a)(2). No. 4:24-cv-218-DPM is the lead case. And the Final Scheduling Order, *Doc. 8*, applies across the board. So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 April 2025