# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROHAN BROOKS**                                             **PLAINTIFF**

**v.**                          **No. 4:24-cv-218-DPM**

**BRANDON BOYD and ONE GONE
TRANSPORT LLC**                                          **DEFENDANTS**

**ROGER WAYNE WILLIAMS**                          **PLAINTIFF**

**v.**                          **No. 4:25-cv-163-DPM**

**BRANDON DEJEAN BOYD and TIME
DISPATCH SERVICES AGENT GROUP,
INC.**                                                     **DEFENDANTS**

## ORDER

Updated status report, *Doc. 29*, appreciated. Williams and the defendants have settled. Congratulations. Motion for summary judgment, *Doc. 17*, denied as moot. Williams's complaint will be dismissed with prejudice. The two cases are de-consolidated. Judgment in *Williams v. Boyd*, No. 4:25-cv-163-DPM will issue. Fed. R. Civ. 54(b). The Court refers *Brooks v. Boyd*, No. 4:24-cv-218-DPM, to Magistrate Judge Edie R. Ervin to conduct a settlement conference.

-2-

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

25 June 2026

-2-