**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROHAN BROOKS** **PLAINTIFF**

**v.** **No. 4:24-cv-218-DPM**

**BRANDON BOYD and ONE GONE TRANSPORT, LLC** **DEFENDANTS**

**JUDGMENT**

Brooks's complaint is dismissed with prejudice. The Court retains jurisdiction until 9 October 2026 to enforce the parties' settlement agreement.

D.P. Marshall Jr.
United States District Judge

10 August 2026